# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED JUNE 18, 2025

---

## NO. 03-25-00303-CV

---

**Leah Michal Rauhut, Appellant**

**v.**

**The City of Killeen and Killeen Animal Services, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE CRUMP**

---

Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.